UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| CRAIG R. ANDERSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DJO, LLC, *et al.*,<br><br>　　　　　　Defendants. | Civil No. 09-1673(JRT/JJK)<br><br><br>**ORDER OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendants Abbott Laboratories and Hospira, Inc, filed by the parties on October 28, 2010 [Docket No. 168].

**IT IS HEREBY ORDERED** that Defendants Abbott Laboratories and Hospira, Inc. are **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: October 29, 2010　　　　　　　　　　　　　___ s/ John R. Tunheim ___
at Minneapolis, Minnesota.　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge